Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org


*Attorney for Petitioner Banda Oldrich

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Oldrich Banda | Case No. 2:26-cv-01200-GMN-EJY |
| | **Order Granting Stipulation** |

Petitioner Oldrich Banda and Respondents ICE, et al., by and through their undersigned counsel, conferred on April 13, 2026 and hereby stipulate and agree as follows:

Petitioner shall have until **May 13, 2026**, to file an amended petition for writ of habeas corpus. The amended petition was due May 12, 2026, but due to a calendaring error was not properly calendared. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

Respondents shall have 28 days until **June 10, 2026**, to respond to the Amended Petition. This is the first stipulation for an extension of time for Respondents to file an Answer to the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition until

May 13, 2026 and the Respondents' Answer to June 10, 2026. This request is made in good faith and not for the purpose of delay.

Dated May 13, 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States
Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Nicole Leibow
Nicoe Leibow
Assistant United States Attorney

/s/ Amelia L. Bizzaro
Amelia L. Bizzaro
Assistant Federal Public Defender

**DATED** this __15__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2